# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM HYATT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN, JR. et al.,<br><br>　　　　　Defendants. | Case No.  1:15-cv-00955-LJO-SAB<br><br>ORDER CONTINING SCHEDULING CONFERENCE TO FEBRUARY 2, 2016 |

On June 25, 2015 the order setting the mandatory scheduling conference issued in this action.  (ECF No. 2.)  On September 22, 2015, the scheduling conference was continued to November 2, 2015.  The docket in this action does not show that service has been executed in this action.  Accordingly, the scheduling conference set for November 2, 2015 is CONTINUED to February 2, 2016 at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **October 19, 2015**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1