# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM HYATT,<br><br>   Plaintiff,<br><br>  v.<br><br>EDMUND G. BROWN, JR. et al.,<br><br>   Defendants. | Case No.  1:15-cv-00955-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO EITHER FILE AN EXECUTED NOTICE OF SERVICE OF SUMMONS OR SERVE THE COMPLAINT WITHIN TWENTY DAYS |

  On June 24, 2015, Plaintiff filed a complaint alleging violations of the Eighth Amendment. (ECF No. 1.) On July 8, 2015, this action was related to <u>Smith v. Schwarzenegger</u>, 1:14-cv-00060-LJO-SAB (E.D. Cal), and <u>Jackson v. State of California</u>, 1:13-cv-01055-LJO-SAB (E.D. Cal.). (ECF No. 7.) Plaintiff has not filed an executed notice of service of summons, Local Rule 135(c), and no Defendant has appeared in this action.

  Based on the foregoing, Plaintiff is HEREBY ORDERED to either file an executed notice of service of summons or serve Defendants in this action with a summons and copy of the complaint within twenty days of the date of service of this order.

IT IS SO ORDERED.

Dated:  **November 4, 2015**

                UNITED STATES MAGISTRATE JUDGE

1