# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM HYATT,<br><br>            Plaintiff,<br><br>       v.<br><br>EDMUND G. BROWN, JR. et al.,<br><br>            Defendants. | Case No.  1:15-cv-00955-LJO-SAB<br><br>ORDER REQUIRING DEFENDANTS TO FILE RESPONSIVE PLEADING BY DECEMBER 11, 2015 |

On November 4, 2015, Plaintiffs in this action filed proofs of service showing that the summonses and complaint have been served in this action.  (ECF Nos. 10-14.)  The parties had previously agreed that the responsive pleadings in these related cases would be due on December 11, 2015.  Accordingly, Defendants shall file a responsive pleading on or before December 11, 2015.

IT IS SO ORDERED.

Dated:   **November 5, 2015**

UNITED STATES MAGISTRATE JUDGE

1