**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| TOM HYATT, | Case No. 1:15-cv-00955-LJO-SAB |
| Plaintiff, | ORDER VACATING ALL PENDING MATTERS AND DIRECTING CLERK OF COURT TO CLOSE CASE AND REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |
| | (ECF Nos. 26, 30, 31) |

Defendants filed a motion to dismiss on July 25, 2019. (ECF No. 26.) On August 30, 2019 a findings and recommendations issued recommending granting Defendants' motion to dismiss. (ECF No. 30.) On this same date, a stipulation was filed to dismiss this action with prejudice, with the parties to bear their own costs and attorney fees. (ECF No. 31.)

In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorney's fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to:

1.     Vacate all pending dates and matters; and

1      2.      CLOSE the file in this case and adjust the docket to reflect voluntary

2   dismissal of this action pursuant to Rule 41(a).

3

4   IT IS SO ORDERED.

5   Dated:    **September 3, 2019**

6                                              UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28